UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:10-CR-142-T-17-EAJ

FATBARDH SHEHU
_____/

## EXONERATION OF CASH BOND

The records in this case indicate that the conditions of the original appearance bond have been satisfied and that the bond should be exonerated and released. Accordingly, it is.

**ORDERED** that the Clerk of Court is directed to promptly return monies on deposit, plus any interest accrued by check made out to Holland & Knight LLP Trust Account and sent to Holland & Knight LLP, c/o Douglas A. Wright, 100 North Tampa Street, Suite 4100, Tampa, Florida 33602 in the amount of $10,000.00, plus any interest and minus any registry fees. If appropriate, the Clerk shall have issue an Internal Revenue Service Form 1099 to the receipient.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 18th day of November, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record